**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-34703 |
| | § | |
| GRZEGORZ KACZMARCZYK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $240,000.00 | Assets Exempt: | $22,900.00 |
| Total Distributions to Claimants: | $1,879.68 | Claims Discharged Without Payment: | $127,339.78 |
| Total Expenses of Administration: | $2,229.07 | | |

3) Total gross receipts of $4,108.75 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $4,108.75 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $710,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,229.07 | $2,229.07 | $2,229.07 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $65,541.92 | $111,266.93 | $63,677.54 | $1,879.68 |
| **Total Disbursements** | $775,541.92 | $113,496.00 | $65,906.61 | $4,108.75 |

   4). This case was originally filed under chapter 7 on 10/13/2015. The case was pending for 22 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 08/08/2017                         By:   /s/ David P. Leibowitz
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1983 Mercedes SL380 62,000 miles non-runner/engine problems | 1129-000 | $851.60 |
| 2002 Ford Explorer 150,000 | 1129-000 | $1,161.32 |
| Modern House Remodeling, Inc. sole shareholder Chase Bank Acct ending in 8175 - $800.00 2007 Honda Odyssey - 105,000 mil | 1129-000 | $987.08 |
| Unclaimed IL Property | 1229-000 | $1,108.75 |
| **TOTAL GROSS RECEIPTS** | | $4,108.75 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Selene Finance | 4110-000 | $710,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $710,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,027.19 | $1,027.19 | $1,027.19 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $16.03 | $16.03 | $16.03 |
| Green Bank | 2600-000 | NA | $42.27 | $42.27 | $42.27 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,110.00 | $1,110.00 | $1,110.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $33.58 | $33.58 | $33.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,229.07 | $2,229.07 | $2,229.07 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-900 | $0.00 | $16,089.81 | $16,089.81 | $474.95 |
| 2A | Ford Motor Credit Company LLC | 7100-000 | $0.00 | $47,587.73 | $47,587.73 | $1,404.73 |
| 2 | Ford Motor Credit Company LLC | 7100-000 | $0.00 | $47,589.39 | $0.00 | $0.00 |
|  | Afni | 7100-000 | $180.00 | $0.00 | $0.00 | $0.00 |
|  | Afni | 7100-000 | $1,062.00 | $0.00 | $0.00 | $0.00 |
|  | Capital One Bank | 7100-000 | $1,097.00 | $0.00 | $0.00 | $0.00 |
|  | Cavalry SPV I LLC | 7100-000 | $13,326.92 | $0.00 | $0.00 | $0.00 |
|  | Citibank NA | 7100-000 | $5,500.00 | $0.00 | $0.00 | $0.00 |
|  | Comenity Bank/carsons | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Delaware Pl | 7100-000 | $7,459.00 | $0.00 | $0.00 | $0.00 |
|  | Enhanced Recovery Corp | 7100-000 | $1,062.00 | $0.00 | $0.00 | $0.00 |
|  | Ford Motor Credit | 7100-000 | $31,000.00 | $0.00 | $0.00 | $0.00 |
|  | Hsbc Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | IC System | 7100-000 | $180.00 | $0.00 | $0.00 | $0.00 |
|  | Mcsi Inc | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
|  | Midland Funding, LLC | 7100-000 | $2,057.00 | $0.00 | $0.00 | $0.00 |
|  | Retailers National Bank | 7100-000 | $2,282.00 | $0.00 | $0.00 | $0.00 |
|  | Universal Payment Corp | 7100-000 | $236.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $65,541.92 | $111,266.93 | $63,677.54 | $1,879.68 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-34703 | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | KACZMARCZYK, GRZEGORZ | | | Date Filed (f) or Converted (c): | 10/13/2015 (f) |
| For the Period Ending: | 8/8/2017 | | | §341(a) Meeting Date: | 12/02/2015 |
| | | | | Claims Bar Date: | 06/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | single-family home 5847 N. Ottawa Avenue Chicago, Illinois 60631 joint owner with wife Anna Kaczmarczyk | $255,000.00 | $0.00 | | $0.00 | FA |
| 2 | Chase Bank Acct ending in 9874 Checking Account | $400.00 | $0.00 | | $0.00 | FA |
| 3 | Typical household goods & furnishings | $375.00 | $0.00 | | $0.00 | FA |
| 4 | Typical Clothing | $450.00 | $0.00 | | $0.00 | FA |
| 5 | Modern House Remodeling, Inc. sole shareholder Chase Bank Acct ending in 8175 - $800.00 2007 Honda Odyssey - 105,000 miles - $3500 towing trailer - 2008 Enclosed - $500 Tools of the Trade - $750 | $4,750.00 | $1,275.00 | | $987.08 | FA |
| Asset Notes: | Itemized list above actually totals $5550, not $4750 ($800+$3500+$500+$750 = $5550) Exempted $1500 1001(d) and $2775 1001(b) = $4275 Debtor settled all claims to non-exempt assets for $3000 (docket no. 24) | | | | | |
| 6 | 2002 Ford Explorer 150,000 | $1,500.00 | $1,500.00 | | $1,161.32 | FA |
| Asset Notes: | Debtor settled all claims to non-exempt assets for $3000 | | | | | |
| 7 | 1983 Mercedes SL380 62,000 miles non-runner/engine problems | $3,500.00 | $1,100.00 | | $851.60 | FA |
| Asset Notes: | Debtor settled all claims to non-exempt assets for $3000 | | | | | |
| 8 | Unclaimed IL Property (u) | $0.00 | $1,108.75 | | $1,108.75 | FA |
| Asset Notes: | Claim 6275616 - paid as of 2/18/17 | | | | | |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

                                                            $265,975.00            $4,983.75                     $4,108.75               $0.00

**Major Activities affecting case closing:**

06/30/2017    2017 Reporting Period:
                 TFR filed at Court 6/14/2017

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 15-34703 | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | KACZMARCZYK, GRZEGORZ | Date Filed (f) or Converted (c): | 10/13/2015 (f) |
| For the Period Ending: | 8/8/2017 | §341(a) Meeting Date: | 12/02/2015 |
| | | Claims Bar Date: | 06/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   01/31/2017    Current Projected Date Of Final Report (TFR):   06/05/2017    /s/ DAVID LEIBOWITZ
                                                                                                                        DAVID LEIBOWITZ

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34703 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KACZMARCZYK, GRZEGORZ | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1657 | | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Kaczmrczyk, Grzegorz |
| For Period Beginning: | 10/13/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/15/2016 | | Grzegorz Kaczmarczyk | First (of four) settlement payment | | * | $750.00 | | $750.00 |
| | {5} | | Settlement of Debtor's interest in stock of Modern House Remodeling Inc. | $246.77 | 1129-000 | | | $750.00 |
| | {6} | | Settlement of Debtor's interest in 2002 Ford Explorer | $290.33 | 1129-000 | | | $750.00 |
| | {7} | | Settlement of Debtor's interest in 1983 Mercedes | $212.90 | 1129-000 | | | $750.00 |
| 03/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.62 | $749.38 |
| 04/19/2016 | | GRZEGORZ KACZMARCZYK | Second (of four) settlement payment | | * | $750.00 | | $1,499.38 |
| | {5} | | Settlement of Debtor's interest in stock of Modern House Remodeling Inc. | $246.77 | 1129-000 | | | $1,499.38 |
| | {6} | | Settlement of Debtor's interest in 2002 Ford Explorer | $290.33 | 1129-000 | | | $1,499.38 |
| | {7} | | Settlement of Debtor's interest in Mercedes | $212.90 | 1129-000 | | | $1,499.38 |
| 04/29/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $1.67 | $1,497.71 |
| 05/24/2016 | | Grzegorz Kaczmarczyk | Third (of four) settlement payment | | * | $750.00 | | $2,247.71 |
| | {6} | | Settlement of Debtor's interest in 2002 Ford Explorer | $290.33 | 1129-000 | | | $2,247.71 |
| | {7} | | Settlement of Debtor's interest in Mercedes | $212.90 | 1129-000 | | | $2,247.71 |
| | {5} | | Settlement of Debtor's interest in Modern House Remodeling | $246.77 | 1129-000 | | | $2,247.71 |
| 05/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $2.61 | $2,245.10 |
| 06/14/2016 | | GRZEGORZ KACZMARCZYK | Fourth (of four) settlement payment | | * | $750.00 | | $2,995.10 |
| | {6} | | Settlement of Debtor's interest in 2002 Ford Explorer | $290.33 | 1129-000 | | | $2,995.10 |
| | {7} | | Settlement of Debtor's interest in 1983 Mercedes SL380 (non-running) | $212.90 | 1129-000 | | | $2,995.10 |
| | {5} | | Settlement of Debtor's interest in Modern Homes | $246.77 | 1129-000 | | | $2,995.10 |
| 06/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $4.09 | $2,991.01 |
| | | | **SUBTOTALS** | | | $3,000.00 | $8.99 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-34703 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | KACZMARCZYK, GRZEGORZ | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1657 | | | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Kaczmrczyk, Grzegorz |
| For Period Beginning: | 10/13/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.82 | $2,986.19 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.81 | $2,981.38 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.96 | $2,976.42 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.49 | $2,971.93 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.64 | $2,967.29 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.78 | $2,962.51 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.78 | $2,957.73 |
| 02/21/2017 | (8) | KACZMARCZYK, GRZEGORZ | Illinois Unclaimed Funds | 1229-000 | $1,108.75 | | $4,066.48 |
| 07/14/2017 | 3001 | Lakelaw | Claim #: ; Amount Claimed: $33.58; Distribution Dividend: 100.00%; | 3120-000 | | $33.58 | $4,032.90 |
| 07/14/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $1,110.00; Distribution Dividend: 100.00%; | 3110-000 | | $1,110.00 | $2,922.90 |
| 07/14/2017 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,027.19 | $1,895.71 |
| 07/14/2017 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $16.03 | $1,879.68 |
| 07/14/2017 | 3005 | Ford Motor Credit Company LLC | Claim #: 2; Amount Claimed: $47,587.73; Distribution Dividend: 2.95%; | 7100-000 | | $1,404.73 | $474.95 |
| 07/14/2017 | 3006 | Cavalry SPV I, LLC | Claim #: 1; Amount Claimed: $16,089.81; Distribution Dividend: 2.95%; | 7100-900 | | $474.95 | $0.00 |

**SUBTOTALS**  $1,108.75    $4,099.76

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34703 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KACZMARCZYK, GRZEGORZ | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1657 | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Kaczmrczyk, Grzegorz |
| For Period Beginning: | 10/13/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $4,108.75 | $4,108.75 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,108.75 | $4,108.75 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,108.75 | $4,108.75 | |

**For the period of 10/13/2015 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,108.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,108.75 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,108.75 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,108.75 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/15/2016 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,108.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,108.75 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,108.75 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,108.75 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4     Exhibit 9

| Case No. | 15-34703 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KACZMARCZYK, GRZEGORZ | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1657 | Checking Acct #: | ******0301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Kaczmrczyk, Grzegorz |
| For Period Beginning: | 10/13/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,108.75 | $4,108.75 | $0.00 |

| For the period of 10/13/2015 to 8/8/2017 | | For the entire history of the case between 10/13/2015 to 8/8/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,108.75 | Total Compensable Receipts: | $4,108.75 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,108.75 | Total Comp/Non Comp Receipts: | $4,108.75 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,108.75 | Total Compensable Disbursements: | $4,108.75 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,108.75 | Total Comp/Non Comp Disbursements: | $4,108.75 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ